# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| PHILLIP G. SHACKLEFORD, | : | |
| Petitioner, | : | Case No. 3:10cv00357 |
| vs. | : | District Judge Timothy S. Black<br>Magistrate Judge Sharon L. Ovington |
| WARDEN, Lebanon Correctional<br>Institution, | : | **DECISION AND ENTRY** |
| Respondent. | : | |
| | : | |

The Court has conducted a de novo review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #12), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

It is therefore **ORDERED** that:

1. The Report and Recommendations docketed on February 11, 2011 (Doc. #12) is ADOPTED in full;

2. Petitioner's Motion for Stay of Proceedings to Exhaust State Court Remedies in Order to Amend Habeas Corpus Application (Doc. #8) is DENIED.

_____ 3/1/11
Timothy S. Black
United States District Judge