IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| PHILLIP G. SHACKLEFORD, | : | |
| Petitioner, | : | Case No. 3:10cv00357 |
| vs. | : | District Judge Timothy S. Black<br>Magistrate Judge Sharon L. Ovington |
| WARDEN, Lebanon Correctional Institution, | : | **DECISION AND ENTRY** |
| Respondent. | : | |

The Court has conducted a de novo review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #14), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby adopts said Report and Recommendations.

It is therefore **ORDERED** that:

1. The Report and Recommendations docketed on September 16, 2011 (Doc. #14) is ADOPTED in full;

2. Phillip G. Shackleford's petition for writ of habeas corpus (Doc. #1) is DENIED with prejudice in its entirety;

3. A certificate of appealability WILL NOT issue in conjunction with this matter; and,

4. This case is TERMINATED on the docket of this Court.

_____
Timothy S. Black
United States District Judge